Case 2:04-cv-09210-VBF-PLA   Document 382   Filed 12/30/08   Page 1 of 1   Page ID #:2837

Case 2:04-cv-09210-VBF-PLA   Document 382   Filed 12/30/08   Page 1 of 1   Page ID #:2837

Steven C. Smith, Esq., SBN 116246
William D. Chapman, Esq., SBN 100535
Robert J. Hadlock, Esq., SBN 174522
SMITH, CHAPMAN & CAMPBELL
A Professional Law Corporation
1800 North Broadway, Suite 200
Santa Ana, CA 92706
Tel: (714) 550-7720 / Fax: (714) 550-1251

Attorneys for HAROLD L. BOSTICK, Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| | |
|---|---|
| HAROLD L. BOSTICK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:04 CV-9210 VBF (PLAx)<br>(Consolidated with CV 05-639)<br><br>Honorable Valerie Baker Fairbank<br>Courtroom 9<br><br>**NOTICE OF SATISFACTION OF JUDGMENT**<br><br>Complaint Filed:　9/1/04<br>Trial Date:　　　　11/5/08<br>Judgment Entered: 12/1/08 |

WHEREAS, a judgment was entered on December 1, 2008, in the Office of the Clerk of the United States District Court for the Central District of California, in favor of Plaintiff Leon Bostick and against Defendant Atlantic Mutual Insurance Company in the amount of $9,821,719.00, and WHEREAS, the judgment has been satisfied in whole by Defendant Atlantic Mutual Insurance Company.  Therefore, Plaintiff Leon Bostick hereby requests that the Clerk of the United States District Court for the Central District of California satisfy and cancel the above stated judgment of record.

DATED: December 30, 2008　　　　　　SMITH, CHAPMAN & CAMPBELL
　　　　　　　　　　　　　　　　　　A Professional Law Corporation


　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Robert  J.  Hadlock,  Attorneys  for
　　　　　　　　　　　　　　　　　　Plaintiff, HAROLD L. BOSTICK

1
SATISFACTION OF JUDGMENT